In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-11-0463-CV
 ________________________
 
 ACG TEXAS, L.P. D/B/A INTERNATIONAL HOUSE OF PANCAKES, ACG TEXAS
 GENERAL PARTNERSHIP, LLC, ACG 1337, L.P. D/B/A IHOP #1337, ACG TEXAS GP
 CORP., AND IHOP A/K/A INTERNATIONAL HOUSE OF PANCAKES, APPELLANTS

 V.

 WANDA BRISCOE, STEVE CARPENTER, MARY CLEMENT, DANA HODGE,
 LUCILLE JEFFRIES, PHILLIP LAMONTAGNE, JAN MASSEY, 
 JERRY MONTGOMERY, LATRELL PRITCHETT, AND RAYMOND JEFFREY REED, APPELLEES
 

 
 On Appeal from the 320th District Court
 Potter County, Texas
 Trial Court Cause No. 98,563-D

 
 MEMORANDUM OPINION
 
 Before CAMPBELL and PIRTLE, JJ. and BOYD, S.J.
 Opinion by Justice Pirtle
 
 February 19, 2013
Pending before this Court is Appellants' Unopposed Motion to Dismiss Appeal. Without passing on the merits of the case, the motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Per the parties' request, costs are taxed against the party incurring them. Id. at 42.1(d). Having dismissed the appeal at the request of all parties, no motion for rehearing will be entertained and our mandate will issue forthwith.
Patrick A. Pirtle
 Justice